UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JENNIFER A. D., | Civil No. 23-768 (JRT/JFD) |
| Plaintiff, | |
| v. | **ORDER** |
| MARTIN J. O'MALLEY, *Commissioner of the Social Security Administration,* | |
| Defendant. | |

Eddy Pierre Pierre, **PIERRE PIERRE LAW, P.C.,** 15 Park Place, 2nd Floor, Ste. 4, Bronxville, NY 10708, for plaintiff.

Linda H Green, **SOCIAL SECURITY ADMINISTRATION,** Office of Program Litigation -- Office 4, 6401 Security Boulevard, Baltimore, MD 21235, for defendant.

This matter is before the Court on the Report and Recommendation issued on June 25, 2024 (ECF No. 21). Based on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (ECF No. 21) is **ADOPTED**;

2. The relief requested in Plaintiff's Brief (ECF No. 17) is **GRANTED**;

3. The relief requested in Defendant's Brief (ECF No. 19) is **DENIED**; and

4. The matter is **REMANDED** to the Social Security Administration for further development of Plaintiff's mental and physical functioning from November 11, 2019 through April 5, 2022.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

DATED: July 17, 2024
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge